# United States District Court
### Northern District of New York
## CIVIL JUDGMENT

**KATHIE L. HALL**

                                       *Plaintiff*

            **VS.**                              **5:00-CV-1948 (NAM)**

**SALT CITY RECOVERY SYSTEMS and JOHN DOE, being the fictitious name of the owner of SALT CITY RECOVERY SYSTEMS whose actual name is unknown**

                                       *Defendant*

**[X]  Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the motion for summary judgment as to liability is granted, and that the motion for statutory damages under 15 USC section 1692k is partially granted and the plaintiff is awarded $500.00 from Salt City Recovery Systems.

All of the above pursuant to the Memorandum-Decision & Orders of the Honorable Chief Judge Norman A. Mordue, dated 3/18/2003 and 8/25/2006.


**AUGUST 25, 2006**                                    **LAWRENCE K. BAERMAN**
_____          _____

**DATE**                                                **CLERK OF COURT**

                                                           s/

                                                      _____

                                                       **JOANNE BLESKOSKI**
                                                      **DEPUTY CLERK**